OFFICE AUTOMATION & TRAINING CONSULTANTS CORPORATION, Appellant,

v.

John McHUGH, Secretary of the Army, Appellee.

No. 2012–1242.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2012.

Daniel B. Abrahams, Brown Rudnick, LLP, of Washington, DC, argued for appellant.

Harold D. Lester, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant S. Snee, Deputy Director. of counsel on the brief was Bryan E. Miller, Assistant District Counsel, Buffalo District, United States Army Corps of Engineers, of Buffalo, New York.

RADER, Chief Judge, DYK and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**